### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jacquelene D Webb                                    CHAPTER 13

                              Debtor(s)

                                                    BKY. NO. 26-10118 AMC


### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.


                                    Respectfully submitted,


                        /s/ _Maggie Soboleski_
                        Maggie Soboleski
                        14 May 2026, 14:48:19, EDT


                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322

Document ID: 1870464afcf095a54040667f2d6900163c8d54ac7cc7381961521a3534dc7fd4