United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 26-10118-amc

Jacquelene D Webb                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                    Page 1 of 3

Date Rcvd: Jun 18, 2026                   Form ID: 155                              Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacquelene D Webb, 401 Franklin Avenue, Cheltenham, PA 19012-2029 |
| 15110301 | + | Equity Prime Mortgage LLC, 500 N. State College Blvd.,, Suites 1030, 1300 and 1400, Orange, CA 92868-1604 |
| 15091959 | + | Great Eastern Resort C, 2030 Deyerle Ave, Harrisonburg, VA 22801-3489 |
| 15091960 | + | India Brown, 132 E 2nd Street, Media, PA 19063-3030 |
| 15091961 | | Lndngusa-fsl, 15303 Ventura Blvd, Sherman Oaks, CA 91403-3110 |
| 15091946 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 15091966 | + | Robert Webb Jr., 401 Franklin Avenue, Cheltenham, PA 19012-2029 |
| 15091967 | + | Robert Webb Sr., 401 Franklin Avenue, Cheltenham, PA 19012-2029 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15093203 | + | Email/Text: Contact@finbounce.com | Jun 19 2026 00:57:00 | Bounce AI, Inc, 333 Metro Park, Suite S-205, Rochester, NY 14623-2632 |
| 15091953 | | Email/Text: rm-bknotices@bridgecrest.com | Jun 19 2026 00:57:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, PO Box 53087, Phoenix, AZ 85072-3087 |
| 15092592 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 19 2026 01:00:55 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15092761 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 19 2026 01:01:11 | Bridgecrest Credit Company, LLC as Agent, and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15091950 | | Email/Text: megan.harper@phila.gov | Jun 19 2026 00:57:00 | City of Philadelphia Law Department, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15091954 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2026 01:00:53 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15103101 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 19 2026 01:00:55 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15094111 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 19 2026 01:01:04 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15108829 | + | Email/Text: bankruptcy@cavps.com | Jun 19 2026 00:57:00 | Cavalry SPV II, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15091955 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 19 2026 00:57:00 | Ccb/saks, Comenity Capital Bank, Bankruptcy Depart, PO Box 182125, Columbus, OH 43218-2125 |
| 15091952 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 19 2026 00:57:00 | Chex Systems Inc., PO Box 583399, Minneapolis, MN 55458-3399 |

| | | | |
|---|---|---|---|
| 15091956 | + Email/Text: omx-bnc-bk-notices@chime.com | Jun 19 2026 00:57:00 | Chime, Attn: Bankruptcy, 101 California St Ste 500, San Francisco, CA 94111-3580 |
| 15091951 | + Email/Text: bankruptcy@philapark.org | Jun 19 2026 00:57:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15091957 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 19 2026 00:57:00 | Comenityl/Prcpgd, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15091962 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 19 2026 01:13:04 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 15094328 | ^ MEBN | Jun 19 2026 00:53:05 | Equity Prime Mortgage LLC, c/o Steven K. Eisenberg, ESQ., 1581 Main Street, Ste. 200, Warrington, PA 18976-3403 |
| 15091958 | Email/Text: bankruptcy@foundationfinance.com | Jun 19 2026 00:57:00 | Foundation Finance Company, Attn: Bankruptcy Dept, PO Box 437, Schofield, WI 54476-0437 |
| 15115592 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 19 2026 00:57:00 | Foundation Finance Company, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 15091943 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 19 2026 00:57:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15110710 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 19 2026 00:57:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15113920 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2026 01:00:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15143510 | ^ MEBN | Jun 19 2026 00:52:53 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15111163 | + Email/Text: bankruptcy@marinerfinance.com | Jun 19 2026 00:57:00 | MARINER FINANCE, 8110 Corporate Drive, Nottingham, MD 21236-5034 |
| 15091964 | Email/Text: EBN@Mohela.com | Jun 19 2026 00:57:00 | Mohela/dofed, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15091963 | Email/Text: bankruptcy@marinerfinance.com | Jun 19 2026 00:57:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15091944 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 19 2026 00:57:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15092437 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 19 2026 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15091947 | ^ MEBN | Jun 19 2026 00:53:15 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15091965 | Email/Text: bankruptcy1@pffcu.org | Jun 19 2026 00:57:00 | Pffcu/Police & Fire Fcu, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2404 |
| 15091949 | + Email/Text: bankruptcy@philapark.org | Jun 19 2026 00:57:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15115157 | Email/Text: bnc-quantum@quantum3group.com | Jun 19 2026 00:57:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15091968 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 19 2026 01:01:03 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15146040 | Email/Text: bncmail@w-legal.com | Jun 19 2026 00:57:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602 |
| 15091969 | Email/Text: bncmail@w-legal.com | Jun 19 2026 00:57:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN |

| | | | |
|---|---|---|---|
| | | | 55440-9475 |
| 15091948 | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 19 2026 00:57:00 | U.S. Attorney's Office, Attn: Civil Process Clerk, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15091945 | ^ MEBN | Jun 19 2026 00:52:50 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15091970 | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jun 19 2026 01:00:54 | Wells Fargo Bank NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |
| 15097048 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 19 2026 01:00:53 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Jacquelene D Webb brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEVEN K. EISENBERG | on behalf of Creditor Equity Prime Mortgage LLC seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )
   Jacquelene D Webb                  )            Case No. 26–10118–amc
                                     )
                                     )
   Debtor(s).                         )            Chapter: 13
                                     )
                                     )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: June 17, 2026                        For The Court

                                              Ashely M. Chan
                                              Chief Judge, United States Bankruptcy Court