Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jacquelene D Webb
401 Franklin Avenue
Cheltenham, PA 19012

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-10118-AMC**

Petition Filed Date: 01/12/2026
341 Hearing Date: 02/20/2026
Confirmation Date: 06/17/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/12/2026 | $900.00 | | 03/12/2026 | $900.00 | | 04/13/2026 | $900.00 | |
| 05/12/2026 | $888.00 | | 06/12/2026 | $888.00 | | 07/13/2026 | $888.00 | |

**Total Receipts for the Period: $5,364.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $6,252.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $4,523.00 | $4,523.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $452.34 | $28.66 | $423.68 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $165.39 | $0.00 | $165.39 |
| 3 | BOUNCE AI INC<br>»» 002 | Unsecured Creditors | $2,123.80 | $0.00 | $2,123.80 |
| 4 | CARVANA, LLC/BRIDGECREST<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $2,627.77 | $0.00 | $2,627.77 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $19,239.75 | $1,218.92 | $18,020.83 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $12,394.60 | $0.00 | $12,394.60 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $336.42 | $0.00 | $336.42 |
| 9 | CAVALRY SPV INVESTMENTS LLC<br>»» 007 | Secured Creditors | $1,077.15 | $0.00 | $1,077.15 |
| 10 | EQUITY PRIME MORTGAGE LLC<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $446.20 | $0.00 | $446.20 |
| 12 | MARINER FINANCE LLC<br>»» 10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | MARINER FINANCE LLC<br>»» 10U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-10118-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $3,488.04 | $0.00 | $3,488.04 |
| 15 | QUANTUM3 GROUP LLC<br>»» 012 | Unsecured Creditors | $839.32 | $0.00 | $839.32 |
| 16 | QUANTUM3 GROUP LLC<br>»» 013 | Unsecured Creditors | $188.82 | $0.00 | $188.82 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 014 | Unsecured Creditors | $0.00 | $0.00 | $5,459.60 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,252.00 | Current Monthly Payment: | $888.00 |
| Paid to Claims: | $5,770.58 | Arrearages: | ($12.00) |
| Paid to Trustee: | $481.42 | Total Plan Base: | $53,304.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.